AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

RIGHT BUY PROPERTIES, LLC,
IVY HOLDINGS LTD,
IF CONSULTANTS LTD,
ALASTAIR WYNESS,
IAN WYNESS,
LORAINE KERR,

        Plaintiffs

v.           **Civil Action No.** 3:12cv781

1ST ASSURANCE SOLUTIONS GROUP LLC,
an Indiana limited liability corporation,
360 CONSULTING LLC,
an Indiana limited liability corporation,
ANITA TARGGART,
an Indiana resident,

        Defendants

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

_X_  the plaintiffs, Right Buy Properties, LLC, Ivy Holdings Ltd, IF Consultants Ltd, Alastair Wyness, Ian Wyness, Loraine Kerr, recover from the defendants, 1ST Assurance Solutions Group LLC, an Indiana limited liability corporation, and Anita Targgart, an Indiana resident, jointly and serverally, the amount of One Million, Eight Hundred and Eighty Thousand dollars ($1,880,000.00), plus post-judgment interest at a rate of .11% .

_X_  the plaintiffs, Right Buy Properties, LLC, Ivy Holdings Ltd, IF Consultants Ltd, Alastair Wyness, Ian Wyness, Loraine Kerr, recover from the defendants, 360 Consulting LLC, an Indiana limited liability corporation, and Anita Targgart, an Indiana resident, jointly and serverally the amount of Fourty-Seven Thousand, One Hundred Twenty-Three dollars and Eighty-Five cents ($47,123.85), plus post-judgment interest at a rate of .11%.

___  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____ .

___  Other:

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has

rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided  by Judge Rudy Lozano on a Motion for Default Judgment by Plaintiffs.

DATE: January 31, 2014                              ROBERT N. TRGOVICH, CLERK OF COURT

                                                    By_____s/ L. Higgins-Conrad_____
                                                         *Signature of Clerk or Deputy Clerk*